Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−29435−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Brantmayer
   35 Danna Lane
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−4132

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 11, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 52 − 46
Order Granting Application For Compensation for Jan Reimer, Realtor, fees awarded: $13800.00, expenses awarded: $0.00 (Related Doc # 46). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/11/2016. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 11, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Brantmayer  
    Debtor

Case No. 15-29435-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 11, 2016  
                 Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2016.
r           +Jan Reimer,    Re/Max Connection - Mantua,    140 Bridgeton Pike,    Mantua, NJ 08051-1569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:
         Daniel L Reinganum    on behalf of Debtor Thomas Brantmayer dreinganum@MPADLaw.com, kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
         Daniel L Reinganum    on behalf of Realtor Jan Reimer dreinganum@MPADLaw.com, kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
         Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Emmanuel J. Argentieri    on behalf of Creditor    M&T Bank, successor by merger to Hudson City Savings Bank bk@rgalegal.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                                                                TOTAL: 7