
Daniel L. Reinganum
McDowell Posternock Apell & Detrick, P.C.
46 W. Main Street
Maple Shade, NJ 08052
dreinganum@MPADLaw.com
856-482-5544



Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE:                                    Case No.: 15-29435-ABA
                                          Chapter No.: 13

**Thomas Brantmayer**

### ORDER DENYING THOMAS BRANTMAYER'S MOTION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 19, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER, having been brought before the Court on Motion of Thomas Brantmayer, by and through his attorneys McDowell Posternock Apell & Detrick, and service of the same motion having been reviewed and sufficient, and for the good cause shown, it is hereby **ORDERED THAT**

1. For jurisdictional reasons,[*] ~~and without regard to the merits of Thomas Brantmayer's request,~~ Thomas Brantmayer's request for the authority to sign the deed, affidavit of title and all other necessary closing documents on behalf of Amanda Brantmayer and Douglas Stanger, Chapter 7 Trustee for Amanda Brantmayer in connection with the sale of 35 Danna Lane, Bridgeton, New Jersey is **DENIED.**

* Since Thomas Brantmayer is effectively seeking to compel Amanda Brantmayer to comply the terms of and/or seek relief in accordance with a State Court order, the State Court is the appropriate court to seek the relief requested.