Daniel L. Reinganum
McDowell Posternock Apell & Detrick, P.C.
46 W. Main Street
Maple Shade, NJ 08052
dreinganum@MPADLaw.com
856-482-5544

**Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE:**             **Case No.: 15-29435-ABA**
                            **Chapter No.: 13**

**Thomas Brantmayer**

### ORDER DENYING THOMAS BRANTMAYER'S MOTION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 19, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER, having been brought before the Court on Motion of Thomas Brantmayer, by and through his attorneys McDowell Posternock Apell & Detrick, and service of the same motion having been reviewed and sufficient, and for the good cause shown, it is hereby **ORDERED THAT**

1.   For jurisdictional reasons,[*] ~~and without regard to the merits of Thomas Brantmayer's request,~~ Thomas Brantmayer's request for the authority to sign the deed, affidavit of title and all other necessary closing documents on behalf of Amanda Brantmayer and Douglas Stanger, Chapter 7 Trustee for Amanda Brantmayer in connection with the sale of 35 Danna Lane, Bridgeton, New Jersey is **DENIED.**

\* Since Thomas Brantmayer is effectively seeking to compel Amanda Brantmayer to comply the terms of and/or seek relief in accordance with a State Court order, the State Court is the appropriate court to seek the relief requested.

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 15-29435-ABA
Thomas Brantmayer                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin               Page 1 of 1             Date Rcvd: Oct 19, 2016
                              Form ID: pdf903           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db             +Thomas Brantmayer,    35 Danna Lane,    Bridgeton, NJ 08302-4307
aty            +Frank H Rose,    Four Greentree Centre,    601 Route 73,    Suite 304,    Marlton, NJ 08053-3475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
```
              Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City
               Savings Bank bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 7
```