Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−29435−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Brantmayer
   35 Danna Lane
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−4132

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       1/12/17
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney, period: 12/8/2015 to 12/12/2016

COMMISSION OR FEES
Fees: $5,597.50

EXPENSES
$502.75

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 14, 2016
JJW:

                                                                                James J. Waldron
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-29435-ABA
Thomas Brantmayer  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Dec 14, 2016
                      Form ID: 137      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.

```
db             +Thomas Brantmayer,    35 Danna Lane,    Bridgeton, NJ 08302-4307
aty            +Frank H Rose,    Four Greentree Centre,    601 Route 73,    Suite 304,    Marlton, NJ 08053-3475
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
r              +Jan Reimer,    Re/Max Connection - Mantua,    140 Bridgeton Pike,    Mantua, NJ 08051-1569
515794718      +Amanda Brantmayer,    84 Foster Road,    Bridgeton NJ 08302-6077
515996571       BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA FL 33631-3785
515794721      +Bank of America,    1800 Tapo Canyon Road,    Simi Valley CA 93063-6712
515835040      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
515794723       Chrysler Capital,    PO Box 660335,    Dallas TX 75266-0335
515794725      +Donald E. Foley, CEO,    Wilmington Trust, NA,    1100 N. Market Street,    Rodney Square North,
                 Wilmington DE 19801-1243
515794726       Drew Molotsky, Esq.,    Adinolfi & Lieberman, P.A.,    4 Kings Highway East,
                 Haddonfield NJ 08033-2002
515794727      +Emmanuel J. Argentieri, Esq.,    Romano Garubo & Argentieri,    52 Newton Ave,    PO Box 456,
                 Woodbury NJ 08096-7456
515794728      +Frank Rose, Esq.,    Four Greentree Center,    601 Route 73 North,    Suite 304,
                 Marlton NJ 08053-3475
515939108       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14202
515949593       M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY  14240-1288
515949594      +M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY  14240-1288,    M&T Bank, successor by merger to 14240-1288
515794732      +Wilmington Trust, National Association,    1100 North Market Street,    Rodney Square North,
                 Wilmington DE 19801-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2016 23:09:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2016 23:09:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515794720       E-mail/Text: bankruptcy@pepcoholdings.com Dec 14 2016 23:08:54      Atlantic City Electric,
                 PO Box 4875,    Trenton NJ 08650
515830284       E-mail/Text: bankruptcy@pepcoholdings.com Dec 14 2016 23:08:54
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
515794722      +E-mail/Text: cowens@nationwideacceptance.com Dec 14 2016 23:09:36      Bank of America, N.A.,
                 c/o Nationwide Acceptance,    105 Decker Ct. Suite 725,    Irving TX 75062-2815
515794729      +E-mail/Text: camanagement@mtb.com Dec 14 2016 23:08:57      Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Road,    Paramus NJ 07652-1478
515833150      +E-mail/Text: camanagement@mtb.com Dec 14 2016 23:08:57      Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1478
515794730      +E-mail/Text: cio.bncmail@irs.gov Dec 14 2016 23:08:48      Internal Revenue Service,
                 PO Box 7346,    Philadelphia PA 19101-7346
515794731       E-mail/Text: camanagement@mtb.com Dec 14 2016 23:08:57      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville NY 14221
                                                                                               TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
515794719*     +Amanda Brantmayer,    84 Foster Road,    Bridgeton NJ 08302-6077
515794724     ##+Cumberland County Prob,    Po Box 636,    Bridgeton NJ 08302-0438
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 2 of 2           Date Rcvd: Dec 14, 2016
                              Form ID: 137               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
          Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City
           Savings Bank bk@rgalegal.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 7
```