UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Daniel Reinganum, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
dreinganum@mpadlaw.com

Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Brantmayer,

      Debtor.

Case No.: _____15-29435_____

Chapter: 13

Judge: _____ABA_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel L. Reinganum_____, the applicant, is allowed a fee of $ _____5,597.50_____ for services rendered and expenses in the amount of $_____502.75_____ for a total of $_____6,100.25_____. The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Brantmayer  
    Debtor

Case No. 15-29435-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 12, 2017  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db          +Thomas Brantmayer,   35 Danna Lane,   Bridgeton, NJ 08302-4307  
aty         +Frank H Rose,   Four Greentree Centre,   601 Route 73,   Suite 304,   Marlton, NJ 08053-3475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:  
         Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,  
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com  
         Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,  
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com  
         Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City  
           Savings Bank bk@rgalegal.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
                                                                                                    TOTAL: 7