Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−29435−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Brantmayer
   35 Danna Lane
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−4132

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 21, 2015.

On February 6, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             March 8, 2017
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 6, 2017
JAN: def

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Brantmayer  
    Debtor

Case No. 15-29435-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 2       Date Rcvd: Feb 06, 2017  
                             Form ID: 185       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2017.
```
db             +Thomas Brantmayer,    35 Danna Lane,    Bridgeton, NJ 08302-4307
aty            +Frank H Rose,    Four Greentree Centre,    601 Route 73,    Suite 304,    Marlton, NJ 08053-3475
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
r              +Jan Reimer,    Re/Max Connection - Mantua,    140 Bridgeton Pike,    Mantua, NJ 08051-1569
515794718      +Amanda Brantmayer,    84 Foster Road,    Bridgeton NJ 08302-6077
515996571       BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA FL 33631-3785
515794721      +Bank of America,    1800 Tapo Canyon Road,    Simi Valley CA 93063-6712
515835040      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
515794723       Chrysler Capital,    PO Box 660335,    Dallas TX 75266-0335
515794725      +Donald E. Foley, CEO,    Wilmington Trust, NA,    1100 N. Market Street,    Rodney Square North,
                 Wilmington DE 19801-1243
515794726       Drew Molotsky, Esq.,    Adinolfi & Lieberman, P.A.,    4 Kings Highway East,
                 Haddonfield NJ 08033-2002
515794727      +Emmanuel J. Argentieri, Esq.,    Romano Garubo & Argentieri,    52 Newton Ave,    PO Box 456,
                 Woodbury NJ 08096-7456
515794728      +Frank Rose, Esq.,    Four Greentree Center,    601 Route 73 North,    Suite 304,
                 Marlton NJ 08053-3475
515939108       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14202
515949593       M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY 14240-1288
515949594      +M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY 14240-1288,    M&T Bank, successor by merger to 14240-1288
515794732      +Wilmington Trust, National Association,    1100 North Market Street,    Rodney Square North,
                 Wilmington DE 19801-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2017 22:52:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2017 22:52:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515794720       E-mail/Text: bankruptcy@pepcoholdings.com Feb 06 2017 22:52:13     Atlantic City Electric,
                 PO Box 4875,    Trenton NJ 08650
515830284       E-mail/Text: bankruptcy@pepcoholdings.com Feb 06 2017 22:52:13
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
515794722      +E-mail/Text: cowens@nationwideacceptance.com Feb 06 2017 22:52:57     Bank of America, N.A.,
                 c/o Nationwide Acceptance,    105 Decker Ct. Suite 725,    Irving TX 75062-2815
515794729      +E-mail/Text: camanagement@mtb.com Feb 06 2017 22:52:20     Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Road,    Paramus NJ 07652-1478
515833150      +E-mail/Text: camanagement@mtb.com Feb 06 2017 22:52:20     Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1478
515794730      +E-mail/Text: cio.bncmail@irs.gov Feb 06 2017 22:52:06     Internal Revenue Service,
                 PO Box 7346,    Philadelphia PA 19101-7346
515794731       E-mail/Text: camanagement@mtb.com Feb 06 2017 22:52:20     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville NY 14221
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515794719*     +Amanda Brantmayer,    84 Foster Road,    Bridgeton NJ 08302-6077
515794724     ##+Cumberland County Prob,    Po Box 636,    Bridgeton NJ 08302-0438
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Feb 06, 2017
                               Form ID: 185                 Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    M&T Bank, successor by merger to Hudson City
               Savings Bank bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 7
```