UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 15-29435-ABA |
|---|---|---|
| Thomas Brantmayer | Chapter: | 13 |
| | Judge: | Altenburg |

## NOTICE OF PROPOSED PRIVATE SALE

____Thomas Brantmayer____, ____Debtor____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ____Andrew B. Altenburg, Jr.____ on ____April 4, 2017____ at ____10:00____ a.m. at the United States Bankruptcy Court, courtroom no. ____4B____, ____400 Cooper Street, 4th Floor, Camden NJ 08101____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 35 Danna Lane<br>Bridgeton, NJ 08302<br><br>Block 02501, Lot 00078, Upper Deerfield Township |
|---|---|

| Proposed Purchaser: | Greyhound Angels Rescue and Adoption Inc. |
|---|---|

| Sale price: | $255,000. Net proceeds to be held in debtor's attorney's trust account pending order from Bankruptcy and Family Courts authorizing release. |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Jan Reimer of Re/Max Connection Mantua |
|---|---|
| Amount to be paid: | $15,300 |
| Services rendered: | Marketed property for sale and obtained purchaser |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Daniel L. Reinganum, Esq.

Address: 46 W. Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544 / dreinganum@MPADLaw.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 15-29435-ABA
Thomas Brantmayer                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Mar 03, 2017
                               Form ID: pdf905          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
```
db             +Thomas Brantmayer,    35 Danna Lane,    Bridgeton, NJ 08302-4307
aty            +Frank H Rose,    Four Greentree Centre,    601 Route 73,    Suite 304,    Marlton, NJ 08053-3475
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
r              +Jan Reimer,    Re/Max Connection - Mantua,    140 Bridgeton Pike,    Mantua, NJ 08051-1569
515794718      +Amanda Brantmayer,    84 Foster Road,    Bridgeton NJ 08302-6077
515996571       BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA FL 33631-3785
515794721      +Bank of America,    1800 Tapo Canyon Road,    Simi Valley CA 93063-6712
515835040      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
515794723       Chrysler Capital,    PO Box 660335,    Dallas TX 75266-0335
515794725      +Donald E. Foley, CEO,    Wilmington Trust, NA,    1100 N. Market Street,    Rodney Square North,
                 Wilmington DE 19801-1243
515794726       Drew Molotsky, Esq.,    Adinolfi & Lieberman, P.A.,    4 Kings Highway East,
                 Haddonfield NJ 08033-2002
515794727      +Emmanuel J. Argentieri, Esq.,    Romano Garubo & Argentieri,    52 Newton Ave,    PO Box 456,
                 Woodbury NJ 08096-7456
515794728      +Frank Rose, Esq.,    Four Greentree Center,    601 Route 73 North,    Suite 304,
                 Marlton NJ 08053-3475
515939108       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14202
515949593       M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY 14240-1288
515949594      +M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY 14240-1288,    M&T Bank, successor by merger to 14240-1288
515794732      +Wilmington Trust, National Association,    1100 North Market Street,    Rodney Square North,
                 Wilmington DE 19801-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2017 23:25:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2017 23:25:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515794720       E-mail/Text: bankruptcy@pepcoholdings.com Mar 03 2017 23:24:44      Atlantic City Electric,
                 PO Box 4875,    Trenton NJ 08650
515830284       E-mail/Text: bankruptcy@pepcoholdings.com Mar 03 2017 23:24:44
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
515794722      +E-mail/Text: cowens@nationwideacceptance.com Mar 03 2017 23:25:29      Bank of America, N.A.,
                 c/o Nationwide Acceptance,    105 Decker Ct. Suite 725,    Irving TX 75062-2815
515794729      +E-mail/Text: camanagement@mtb.com Mar 03 2017 23:24:48      Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Road,    Paramus NJ 07652-1478
515833150      +E-mail/Text: camanagement@mtb.com Mar 03 2017 23:24:48      Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1478
515794730      +E-mail/Text: cio.bncmail@irs.gov Mar 03 2017 23:24:39      Internal Revenue Service,
                 PO Box 7346,    Philadelphia PA 19101-7346
515794731      +E-mail/Text: camanagement@mtb.com Mar 03 2017 23:24:48      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville NY 14221
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515794719*     +Amanda Brantmayer,    84 Foster Road,    Bridgeton NJ 08302-6077
515794724     ##+Cumberland County Prob,    Po Box 636,    Bridgeton NJ 08302-0438
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Mar 03, 2017
                              Form ID: pdf905           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City
               Savings Bank bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                            TOTAL: 7
```