UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544
dreinganum@MPADLaw.com
Attorneys for Thomas Brantmayer

**Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Thomas Brantmayer

Case No.: 15-29435-ABA
Hearing Date: _____
Chapter: 13
Judge: Altenburg

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☒ Followed | ☐ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: July 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____35 Danna Lane, Bridgeton, NJ 08302_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Jan Reimer, Re/Max Connection Mantua |
| Amount to be paid: | $15,000 |
| Services rendered: | Marketed property for sale and obtained purchaser |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $_____N/A_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* ~~or the ☐ *balance due on the debtor's Chapter 13 Plan*~~ must be paid to the ~~Chapter 13 Trustee in the Debtor's case.~~ the Attorney Trust Account of McDowell Posternock Apell & Detrick, P.C.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ~~☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.~~

9. Other provisions:

McDowell Posternock Apell & Detrick, P.C. shall hold the net proceeds of the sale in its attorney trust account and no disbursements shall be made without further order of this court.

*rev.8/1/15*

3