UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Daniel L. Reinganum
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544
dreinganum@MPADLaw.com
Attorneys for Thomas Brantmayer

Order Filed on July 11, 2017
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Thomas Brantmayer

Case No.: _____15-29435-ABA_____

Hearing Date: _____

Chapter: _____13_____

Judge: _____Altenburg_____

**ORDER AUTHORIZING**
**SALE OF REAL PROPERTY**

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: July 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____35 Danna Lane, Bridgeton, NJ 08302_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Jan Reimer, Re/Max Connection Mantua |
| Amount to be paid: | $15,000 |
| Services rendered: | Marketed property for sale and obtained purchaser |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $_____N/A_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* ~~or the ☐ *balance due on the debtor's Chapter 13 Plan*~~ must be paid to the ~~Chapter 13 Trustee in the Debtor's case.~~ the Attorney Trust Account of McDowell Posternock Apell & Detrick, P.C.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ~~☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.~~

9. Other provisions:

McDowell Posternock Apell& Detrick, P.C. shall hold the net proceeds of the sale in its attorney trust account and no disbursements shall be made without further order of this court.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-29435-ABA
Thomas Brantmayer                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1                  Date Rcvd: Jul 11, 2017
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db             +Thomas Brantmayer,    35 Danna Lane,    Bridgeton, NJ 08302-4307
aty            +Frank H Rose,    Four Greentree Centre,    601 Route 73,    Suite 304,    Marlton, NJ 08053-3475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
      Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
       kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
       kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City
       Savings Bank bk@rgalegal.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      James Patrick Shay    on behalf of Creditor   BANK OF AMERICA, N.A. james.shay@phelanhallinan.com
      Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                                                                                                TOTAL: 8