| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Thomas Brantmayer<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–4132 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   10/15/15 |
| Case number: | 15–29435–ABA | Date case converted to chapter: | 7   10/24/17 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Brantmayer | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 35 Danna Lane<br>Bridgeton, NJ 08302 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel L Reinganum<br>McDowell Posternock Apell & Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Contact phone 856–482–5544 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Debtor **Thomas Brantmayer**                                                                                    Case number **15–29435–ABA**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 10/27/17 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 27, 2017 at 11:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/26/18** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29435-ABA
Thomas Brantmayer                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 27, 2017
                              Form ID: 309A            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
```
db             #+Thomas Brantmayer,   35 Danna Lane,   Bridgeton, NJ 08302-4307
aty             +Frank H Rose,   Four Greentree Centre,   601 Route 73,   Suite 304,   Marlton, NJ 08053-3475
tr              +Andrew Sklar,   1200 Laurel Oak Road,   Suite 102,   Voorhees, NJ 08043-4317
515794718       +Amanda Brantmayer,   84 Foster Road,   Bridgeton NJ 08302-6077
515794723        Chrysler Capital,   PO Box 660335,   Dallas TX 75266-0335
515794725       +Donald E. Foley, CEO,   Wilmington Trust, NA,   1100 N. Market Street,   Rodney Square North,
                  Wilmington DE 19801-1243
515794726        Drew Molotsky, Esq.,   Adinolfi & Lieberman, P.A.,   4 Kings Highway East,
                  Haddonfield NJ 08033-2002
515794727       +Emmanuel J. Argentieri, Esq.,   Romano Garubo & Argentieri,   52 Newton Ave,   PO Box 456,
                  Woodbury NJ 08096-7456
515794728       +Frank Rose, Esq.,   Four Greentree Center,   601 Route 73 North,   Suite 304,
                  Marlton NJ 08053-3475
515939108        M&T BANK,   PO BOX 1508,   BUFFALO, NY 14202
515949593        M&T Bank, successor by merger to,   Hudson City Savings Bank,   Attn. Payment Processing,
                  PO Box 1288,   Buffalo, NY 14240-1288
515949594       +M&T Bank, successor by merger to,   Hudson City Savings Bank,   Attn. Payment Processing,
                  PO Box 1288,   Buffalo, NY 14240-1288,   M&T Bank, successor by merger to 14240-1288
517137685       +Patricia and Steve Backsay,   6625 Little Rock Church Road,   Lucama, NC 27851-8931
517137684       +Patricia and Steve Backsay,   130 North Street,   Burgaw, NC 28425-4600
515794732       +Wilmington Trust, National Association,   1100 North Market Street,   Rodney Square North,
                  Wilmington DE 19801-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: dreinganum@MPADLaw.com Oct 27 2017 22:34:56     Daniel L Reinganum,
                  McDowell Posternock Apell & Detrick, PC,   46 West Main Street,   Maple Shade, NJ  08052
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 22:35:17     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 22:35:16     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ  07102-5235
515794720        E-mail/Text: bankruptcy@pepcoholdings.com Oct 27 2017 22:35:07     Atlantic City Electric,
                  PO Box 4875,   Trenton NJ 08650
515830284        E-mail/Text: bankruptcy@pepcoholdings.com Oct 27 2017 22:35:07
                  Atlantic City Electric Company,   Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                  Carneys Point, NJ  08069-3600
515996571        EDI: BANKAMER.COM Oct 27 2017 22:33:00      BANK OF AMERICA, N.A.,   BANK OF AMERICA, N.A.,
                  PO BOX 31785,   TAMPA FL 33631-3785
515794721       +EDI: BANKAMER.COM Oct 27 2017 22:33:00      Bank of America,   1800 Tapo Canyon Road,
                  Simi Valley CA 93063-6712
515794722       +E-mail/Text: cowens@nationwideacceptance.com Oct 27 2017 22:35:26     Bank of America, N.A.,
                  c/o Nationwide Acceptance,   105 Decker Ct. Suite 725,   Irving TX 75062-2815
515835040       +EDI: CHRM.COM Oct 27 2017 22:33:00      CHRYSLER CAPITAL,   P.O. BOX 961275,
                  FORT WORTH, TX 76161-0275
515794729       +E-mail/Text: camanagement@mtb.com Oct 27 2017 22:35:10     Hudson City Savings Ba,
                  Hudson City Savings Bank,   80 W Century Road,   Paramus NJ 07652-1478
515833150       +E-mail/Text: camanagement@mtb.com Oct 27 2017 22:35:10     Hudson City Savings Bank,
                  West 80 Century Road,   Paramus, NJ 07652-1478
515794730       +EDI: IRS.COM Oct 27 2017 22:33:00      Internal Revenue Service,   PO Box 7346,
                  Philadelphia PA 19101-7346
515794731        E-mail/Text: camanagement@mtb.com Oct 27 2017 22:35:10     M & T Bank,   Attn: Bankruptcy,
                  1100 Wehrle Dr  2nd Floor,   Williamsville NY 14221
                                                                                              TOTAL: 13
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515794719*      +Amanda Brantmayer,   84 Foster Road,   Bridgeton NJ 08302-6077
515794724      ##+Cumberland County Prob,   Po Box 636,   Bridgeton NJ 08302-0438
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 27, 2017
                              Form ID: 309A            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
          Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City
           Savings Bank bk@rgalegal.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor   BANK OF AMERICA, N.A. james.shay@phelanhallinan.com
          Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                              TOTAL: 8
```