Daniel L. Reinganum
McDowell Posternock Apell & Detrick, P.C.
46 W. Main Street
Maple Shade, NJ 08052
dreinganum@MPADLaw.com
856-482-5544



**Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** | **Case No.: 15-29435-ABA** |
| | **Chapter No.: 13** |
| **Thomas Brantmayer** | |

### ORDER GRANTING RELIEF FROM THIS COURT'S ORDER DATED JULY 11, 2017 RESTRICTING DISBURSMENT OF FUNDS HELD IN ATTORNEY TRUST ACCOUNT OF MCDOWELL POSTERNOCK APELL & DETRICK, PC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER, having been brought before the Court on Motion of McDowell Posternock Apell & Detrick, and service of the same motion having been reviewed and sufficient, and for the good cause shown, it is hereby **ORDERED THAT**

1. This Court's restriction on disbursement of sales proceeds from the attorney trust account of McDowell Posternock Apell & Detrick, PC as set forth on this Court's Order dated July 11, 2017 is **DISSOLVED.**

2. This Order does not alter the Family Court's requirement that sales proceeds from the sale of 35 Danna Lane be held in an attorney trust account and that no disbursements of same be made without order of the Family Court in FM-06-216-14, currently pending in the Superior Court of New Jersey, Chancery Division, Family Part, Cumberland County.