Daniel L. Reinganum
McDowell Posternock Apell & Detrick, P.C.
46 W. Main Street
Maple Shade, NJ 08052
dreinganum@MPADLaw.com
856-482-5544

**Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE:

**Thomas Brantmayer**

Case No.: 15-29435-ABA
Chapter No.: 13

### ORDER GRANTING RELIEF FROM THIS COURT'S ORDER DATED JULY 11, 2017 RESTRICTING DISBURSMENT OF FUNDS HELD IN ATTORNEY TRUST ACCOUNT OF MCDOWELL POSTERNOCK APELL & DETRICK, PC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER, having been brought before the Court on Motion of McDowell Posternock Apell & Detrick, and service of the same motion having been reviewed and sufficient, and for the good cause shown, it is hereby **ORDERED THAT**

1. This Court's restriction on disbursement of sales proceeds from the attorney trust account of McDowell Posternock Apell & Detrick, PC as set forth on this Court's Order dated July 11, 2017 is **DISSOLVED.**

2. This Order does not alter the Family Court's requirement that sales proceeds from the sale of 35 Danna Lane be held in an attorney trust account and that no disbursements of same be made without order of the Family Court in FM-06-216-14, currently pending in the Superior Court of New Jersey, Chancery Division, Family Part, Cumberland County.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 15-29435-ABA
Thomas Brantmayer                                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1                  Date Rcvd: Dec 20, 2017
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db              #+Thomas Brantmayer,    35 Danna Lane,    Bridgeton, NJ 08302-4307
aty              +Frank H Rose,   Four Greentree Centre,    601 Route 73,    Suite 304,    Marlton, NJ 08053-3475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Daniel L Reinganum    on behalf of Debtor Thomas  Brantmayer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Daniel L Reinganum    on behalf of Realtor Jan  Reimer dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank, successor by merger to Hudson City
               Savings Bank bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor   BANK OF AMERICA, N.A. james.shay@phelanhallinan.com
              Jennifer R. Gorchow    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 8